prose

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2022 DEC 27 P 3: 15
U.S. DISTRICT COURT
N.D. OF ALABAMA

Michael White,

    Plaintiff,

vs.

HMD, LLC

    Defendant

Case No.: Number

HMC/WHITE/301008018
FMCSA 10213828

4:22 CV 1612-SGC

Plaintiff's pro-se   Motion for Preliminary Injunction

Comes now the Plaintiff in regards to case pending before Office of Administrative Law Judge pursuant to Surface Transportation Assistance Act. HMC/White/301008018

Facts of the case at bar.

   Plaintiff claims defendant's retaliatory termination for the sole purpose of compliance to regulations on driver Hours of Service, and Driver Fitness is in violation of STAA. On/10/25/2022 Plaintiff removed a commercial motor vehicle from service citing Driver Fitness. after discovery that defendant had concealed the plaintiff had been assigned a load then, contacted the plaintiff and engaged strategic, deceptive tactics causing the plaintiff to unknowingly violate the HOS.  Discovery of a Transflo timestamp revealed the unlawful activity and plaintiff contacted defendant, to no avail.  10/25/2022 defendant engaged in withholding the Transflo and "far off" communication for in the same manner as the previous day. The culmination of the calculated deception and the actual truth, in addition to the Hours of Service violation ( 14 hr.) caused confusion and the lapse of plaintiff's ability to focus on the safety sensitive function of operating the CMV.  The Plaintiff removed the CMV from service and

HMC/WHITE/301008018FMCSA 10213828 - 1

engaged the defendant. The evidence in support of plaintiff's action are text communication/ phone call history between the two parties and timestamps generated by the standard documents and document services associated with the job.

Defendant's reason for terminating plaintiff is that plaintiff was intemperate and harassing in communication of the issue and violated company policy. Plaintiff has every text message from his two year career and argues escalation and 5 words of profanity are in good order given the public safety factor of the situation, the defendant's obligation to act, the unlawfulness of the prohibited acts and the plaintiff's exhaustion of every avenue ultimately forced him to remove the CMV. These events then created the situation where Plaintiff had to escalate and consider even abandoning the CMV. Defendant then acknowledged the plaintive agreed to a solution and resolution, to get the CMV back in service. Plaintiff was then routed to the terminal and was terminated.

Plaintiff, being "long haul" essentially lived in the CMV spending more than 60 days on the road at a time. Defendant's termination left him without adequate housing having considerable expense.

The multi state unemployment process is ongoing current status is unknown.

Plaintiff discovered a Blacklist while searching for a job on the Tenstreet services platform when he was denied application for a job with Montgomery Transport. Evidence in support of this consist of screenshots of the site, chronological order of entries, autonomic termination features. Text messages with Montgomery transport, text messages with Wester Express for offers of more money to return which contradict the Tenstreet showing plaintiff being denied.

The continued retaliation of Plaintiff by Defendant is in violation of the above-entitled act. The

HMC/WHITE/301008018FMCSA 10213828 - 2

Defendant has been depleted of resources and cannot even gain employment because of the acts of Defendant. Tenstreet corp. is assisting in this violation. Plaintiff is essentially asked to 'name his poison' and starve out, with no due process and hereby pleads the court to grant motion for Preliminary Injunction in the fashion of:

$390.00 weekly, what would be the equivalent of Indiana Unemployment comp.

$130.00 cost to reinstate cancelled auto insurance

Appointment of counsel to assist plaintiff with the ever-escalating scope of the case

Dated this day of Month, year.   12/27/2022

_____
Plaintiff

Michael White
256-640-7448
101 Clover Rd
Arab, AL 35016

HMC/WHITE/301008018FMCSA 10213828 - 3