# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| MICHAEL WHITE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:22-cv-01612-SGC |
| HMD, LLC, | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the accompanying memorandum opinion, and with Rule 58 of the *Federal Rules of Civil Procedure*, it is **ORDERED** that the claims presented in this matter are **DISMISSED WITHOUT PREJUDICE** for lack of federal subject matter jurisdiction. All pending motions are **DENIED**. Costs are taxed as paid.

**DONE** this 1st day of March, 2023.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE